IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELSO OROTEA, et al.<br><br>       Plaintiffs,<br><br>  v.<br><br>GMAC, et al.<br><br>       Defendants.<br>_____/ | No. C 10-04985 CRB<br><br>**ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiffs have filed a one page application for a Temporary Restraining Order pertaining to the sale of real property. This application is DENIED because it does not meet the requirements for relief. See generally Winter v. Natural Res. Def. Council, Inc., --- U.S. ----, ----, 129 S.Ct. 365, 374, 172 L. Ed. 2d 249 (2008); Alliance for Wild Rockies v. Cottrell, No. 09-35756, 2010 WL 3665149, *8 (9th Cir. Sept. 22, 2010). To the extent Plaintiffs are claiming that Defendants must, and have not, produced an original copy of the note to proceed with a non-judicial foreclosure, such is not required. Ngoc Nguyen v. Wells

//
//
//
//
//

Fargo Bank, N.A., No. C-10-4081-EDL, 2010 WL 4269220, at *12 (N.D. Cal. Oct. 25, 2010).

**IT IS SO ORDERED.**



Dated: November 4, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE