**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELSO OROTEA, et al. | No. C 10-04985 CRB |
| Plaintiffs, | **ORDER DENYING SECOND APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| GMAC, et al. | |
| Defendants. | |

Plaintiffs have filed a second application for a Temporary Restraining Order pertaining to the sale of real property. The Court has carefully reviewed this application and DENIES it. Plaintiffs have still not demonstrated a likelihood of success on the merits. See generally Winter v. Natural Res. Def. Council, Inc., --- U.S. ----, ----, 129 S.Ct. 365, 374, 172 L. Ed. 2d 249 (2008); Alliance for Wild Rockies v. Cottrell, No. 09-35756, 2010 WL 3665149, *8 (9th Cir. Sept. 22, 2010).

**IT IS SO ORDERED.**

Dated: November 5, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4985\Order denying 2nd TRO.wpd