# LAW OFFICE OF
# JASON W. ESTAVILLO

Licensed in California
and Maine

717 Washington Street, Suite 210
Oakland, CA 94607

Facsimile
(510) 982-3002

(510) 982-3001

March 24, 2011

Barbara Espinoza
United States District Court - San Francisco Courthouse
Courtroom 8 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Orotea v. GMAC, et al  Case No. C 10--04985*

Dear Ms. Espinoza,

As previously discussed I am counsel for Plaintiff in the above referenced matter.  I am enclosing a *Appearance of Counsel* which was filed earlier this week.  I would respectfully request that tomorrow's case management conference for the above referenced matter be put over for 45-90 days and I the mean time I will take the necessary steps to amend the original complaint which was filed by the plaintiffs who were in pro se.

Thank you for your assistance and understanding in this matter.

Very truly yours,

LAW OFFICE OF JASON W. ESTAVILLO

By: _____
    Jason W. Estavillo

Encl.

## ORDER

Case Management Conference reset for Friday, May 13, 2011 at 8:30 a.m. before the Honorable Charles R. Breyer.

Signed:  March 24, 2011

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA