IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CELSO OROTEA,

        Plaintiff,

  v.

GMAC,

        Defendant.

No. C 10-04985 CRB

**ORDER DISMISSING CASE**

A case management conference was held today at which Plaintiff failed to appear. Accordingly, this case is DISMISSED for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 27, 2011

        CHARLES R. BREYER
        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4985\order dismissing.wpd